Form osubpoh

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: Christopher J. Millsap
Debtor

Case No.: 2:09–bk–73609
Chapter: 7
Judge: Ben T. Barry

### ORDER TO SUBMIT PROPOSED ORDER

This case is before the Court upon a sua sponte review of the case file. On 8/31/2009, J. Benton Dyke, attorney of record for U.S. Bank, N.A., filed a(n) Motion for Relief from Stay and Motion to Abandon.. A hearing was held on the matter. Court records reflect that Hearing Not Held. Granted; Order by Dyke .

Accordingly, the above attorney is hereby ordered to submit a proposed order for consideration by the Court within ten (10) days of the date of this Order.

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DENIAL OF THE RELIEF SOUGHT OR AN ORDER TO SHOW CAUSE HEARING BEING SET TO DETERMINE WHETHER SANCTIONS SHOULD BE IMPOSED. RESPONSIBLE COUNSEL WILL BE REQUIRED TO PERSONALLY APPEAR AT THE SHOW CAUSE HEARING.

IT IS SO ORDERED.

Dated: 10/21/09

*/s/ Ben Barry*

UNITED STATES BANKRUPTCY JUDGE